IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:21-CR-107-KAC-JEM |
| | ) | |
| RYAN STIMPERT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Defendant Ryan Stimpert has filed six pretrial motions asking the Court to require disclosure of specific exculpatory or impeaching information [Doc. 144], order the Government to provide a bill of particulars [Doc. 145], require the Government to disclose evidence of other crimes or acts thirty days before trial [Doc. 147], order the Government to disclose the names and addresses of witnesses present at alleged drug transactions involving him [Doc. 148], hold a pretrial hearing on the existence of the alleged conspiracy [Doc. 149], and sever him for a separate trial from that of his codefendants [Doc. 151]. *See* 28 U.S.C. § 636(b). The Government has responded in opposition to Defendant's motions [Docs. 159–164]. Defendant Stimpert is **DIRECTED** to reply to the Government's responses on or before **April 22, 2022**. Specifically, the Court asks Defendant to address the factors from *United States v. Powell*, No. 12-20246, 2012 WL 6096600, at *6 (E.D. Mich. Dec. 7, 2012) in relation to his motion for disclosure of the Government's witnesses [Doc. 148] and the factors from *United States v. Causey*, 834 F.2d 1277, 1287 (6th Cir. 1987) in relation to his motion for severance [Doc. 151].

**IT IS SO ORDERED.**

ENTER:

_/s/ Jill E. McCook_
Jill E. McCook
United States Magistrate Judge